# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| SANDRA PINKERTON, individually and on behalf of all others similarly situated, | ) ) ) ) | CASE NO. 5:18-cv-1371 |
| PLAINTIFFS, | ) ) | JUDGE SARA LIOI |
| vs. | ) ) | JUDGMENT ENTRY |
| GOVERNMENT EMPLOYEES INSURANCE COMPANY, et al., | ) ) ) | |
| DEFENDANTS. | ) | |

For the reasons set forth in the contemporaneously filed memorandum opinion, the motion of defendant GEICO Choice Insurance Company to dismiss the complaint (Doc. No. 9) is GRANTED, and the motion of defendant Government Employees Insurance Company to dismiss (Doc. No. 10) is DENIED as MOOT. This case is closed.

**IT IS SO ORDERED**.

Dated: March 4, 2019

**HONORABLE SARA LIOI**
**UNITED STATES DISTRICT JUDGE**